**Exhibit A to the Complaint**

**Location:** Brighton, CO  **IP Address:** 76.130.128.15
**Total Works Infringed:** 50  **ISP:**  Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 7EEDBB21BB899BB8214503C47CABEFC658F37EB7 | 12/09/2024 19:40:08 | Milfy | 07/17/2024 | 09/05/2024 | PA0002491145 |
| 2 | 6aa09168bb4974350c7c14d79918a2da81b973c8 | 09/13/2024 19:44:42 | Tushy | 10/17/2021 | 11/11/2021 | PA0002321294 |
| 3 | dd02850ff9cc7dbabd93f91fde25a9f2c852ae99 | 09/07/2024 19:09:31 | TushyRaw | 09/13/2023 | 10/18/2023 | PA0002435599 |
| 4 | b074ea8a20ed9b4e754a4552ba7f97907049f0cd | 09/06/2024 00:07:21 | Blacked | 09/17/2019 | 09/25/2019 | PA0002203161 |
| 5 | 2015222a1dbd5f91b30c833503a75568969e7c89 | 09/05/2024 21:40:13 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 6 | a40a0809e644967c9387a356c8befc337e5202c8 | 08/20/2024 17:54:32 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 7 | 05afc81334a0bdc8b12166c1c05f4a3450253a71 | 08/08/2024 23:28:39 | Milfy | 09/13/2023 | PENDING | PENDING |
| 8 | 82cfe888a0b2294e22fe65eea71618e9726e1e11 | 08/01/2024 00:31:38 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 9 | c73f3d32d77d8d89fbb9ab2211bdf05b477337a8 | 07/31/2024 22:57:25 | Tushy | 04/06/2019 | 04/29/2019 | PA0002169945 |
| 10 | 7c048c4002da410e090a7c4d7b9afb644589c4ed | 07/29/2024 05:30:27 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 11 | 8dbcc04bf498b9e28d3ac3f7c31642c47245c765 | 07/22/2024 20:43:32 | Vixen | 07/23/2021 | 08/23/2021 | PA0002308400 |
| 12 | 3D12C142E56A6E39459711907ACDD5A07DA03127 | 07/18/2024 18:20:24 | Vixen | 11/18/2022 | 12/11/2022 | PA0002384397 |
| 13 | 600654e7f36376734288126acee5a923bd1b8b71 | 07/14/2024 18:15:26 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 14 | BD6E8F14B41F1294FC6A1BD8D077173DBAFFD055 | 06/30/2024 20:01:56 | Vixen | 03/08/2024 | 04/12/2024 | PA0002465385 |
| 15 | 93932338FA54CE7CA84157E4C4200F52DF40FE9C | 06/16/2024 19:06:45 | Vixen | 06/14/2024 | 07/16/2024 | PA0002480600 |
| 16 | 47a4246ac0eca10dfa570ed1c3558a2c03f09446 | 06/14/2024 15:21:45 | Vixen | 09/11/2018 | 10/16/2018 | PA0002127780 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 0aebf23cabb8ef51ae807ac9e2dbabc277c652ef | 06/09/2024 00:48:41 | Vixen | 07/30/2021 | 08/20/2021 | PA0002312017 |
| 18 | c600608e877bd06bf2de9cd9827cc4d79d8ff315 | 06/06/2024 19:41:19 | Vixen | 03/19/2021 | 04/14/2021 | PA0002286735 |
| 19 | d7735c2f9515f6624d6e3ef385768661dc3fb412 | 06/02/2024 20:53:47 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 20 | 8b3091833c49a65fe05c4ee7d074136b3a0cdf8d | 05/24/2024 23:38:58 | Slayed | 06/20/2023 | 07/14/2023 | PA0002427505 |
| 21 | 6334b860ee8a30b7e6e0c682d1ce2851bff30af1 | 05/01/2024 23:31:15 | Vixen | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 22 | 8f3ca69ead0f182a9d4b410425e9a3d398c3ea93 | 05/01/2024 01:44:49 | Vixen | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 23 | 93f814c4d7a7f2439ffc6bb5a3e9350fd8c876a4 | 04/20/2024 16:40:29 | Blacked Raw | 05/03/2021 | 06/15/2021 | PA0002296918 |
| 24 | 8240022d4066e66d38c67c07172fdd8c9a87d4d1 | 04/08/2024 19:27:35 | Tushy | 08/24/2019 | 09/17/2019 | PA0002216213 |
| 25 | fa8cfdc23c30a341a388129358b1a2e17cad6a65 | 03/23/2024 20:10:37 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 26 | ca3cee9f2c68d972463322fd3238a1c1d566d334 | 03/15/2024 21:49:29 | Blacked | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 27 | 4e7466ad379d0cff7396a5f45271c84417a02390 | 03/14/2024 01:28:53 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |
| 28 | 62c158095e2a08151a76d12a61b58262dccf2801 | 02/18/2024 23:09:32 | Blacked | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 29 | 61cc514776ea294cdd9837450192bbbafdc9f816 | 02/17/2024 23:09:04 | Blacked | 08/07/2021 | 08/23/2021 | PA0002308431 |
| 30 | c59915e8e809c8f43462c64ca5588e33a65cf5bf | 02/14/2024 16:37:40 | Vixen | 09/03/2021 | 09/30/2021 | PA0002320425 |
| 31 | 807f407d94e9d91a368b24c5eea7dba5ff438450 | 11/20/2023 00:04:32 | Vixen | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 32 | 51513fd68c889a358c53c8fe6b06f79a478162fd | 11/19/2023 19:52:47 | Vixen | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 33 | 506EEF454597D6C1307DAF224477586A3267F06D | 11/19/2023 19:50:56 | Vixen | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 34 | 34b91e52379f30dda22ed982c4bf7b93f324a264 | 11/12/2023 04:40:39 | Blacked Raw | 10/16/2023 | 11/13/2023 | PA0002439580 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 4fd0e952c8210c54e811f0d36474b83c36c26618 | 10/28/2023 00:10:03 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 36 | b932566ca80214af1768fcdd8e37a4c272bf016f | 10/17/2023 21:10:22 | Vixen | 09/13/2021 | 10/05/2021 | PA0002315286 |
| 37 | F2A1C9EE40AD1C1531DC6FEB54E84B3175CFB585 | 10/10/2023 20:33:29 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 38 | f529202e6e5df8abe0f686d0f045f2541e618ca3 | 10/03/2023 15:02:13 | Vixen | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 39 | 20227F31B0FAB1842DE3B7DE4A8092C3D59DA056 | 10/02/2023 21:58:59 | Vixen | 09/29/2023 | 10/18/2023 | PA0002435610 |
| 40 | 38bfcad34ac4f49903b01d364a772f9877df930e | 09/30/2023 00:55:48 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 41 | 743E5CF68F141EEDA55446722F9B6D2B8E0A6F2F | 09/17/2023 14:15:11 | Vixen | 09/15/2023 | 10/18/2023 | PA0002435602 |
| 42 | 7576b766d44c8b68f4eb2cc6d214fd6eb5336f94 | 09/15/2023 15:04:50 | Tushy | 02/15/2018 | 03/02/2018 | PA0002104881 |
| 43 | 61b547b7837837af2094c7f38a612642b2fc427a | 11/14/2022 00:16:26 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |
| 44 | 8BA41798E33B659C6AB6BE1F5970479FC27BE064 | 11/06/2022 16:25:39 | Vixen | 11/04/2022 | 12/11/2022 | PA0002384755 |
| 45 | 516bdfa921367d73e1338432571243e36b3fb7cc | 10/23/2022 01:55:13 | Tushy | 03/29/2020 | 04/15/2020 | PA0002244963 |
| 46 | f868d6151bf3b61ec78644f7d6f2bc1ad4650249 | 10/11/2022 21:45:58 | Blacked | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 47 | 2D7671A7A46EEE05F550AD2C7397E1852188251E | 10/04/2022 01:14:59 | Vixen | 09/30/2022 | 10/31/2022 | PA0002377819 |
| 48 | 2e761aa37fdf1ad6f2cbebc57922101369f1e84b | 08/24/2022 00:35:56 | Vixen | 03/26/2021 | 04/27/2021 | PA0002288946 |
| 49 | 0115a6f7be74dba55754f7db965ef362053ba361 | 08/15/2022 18:10:46 | Blacked Raw | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 50 | fbbe69c570ace6dc1fcf3cdc7b36c64a8d646b28 | 08/13/2022 23:30:46 | Slayed | 10/14/2021 | 11/01/2021 | PA0002326407 |